# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RAY PORCLAY,　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #652025

v.　　　　　　　　　　3:17CV00324-DPM-JTK

JERRY ALLMAN, et al.　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

The Court finds that the interests of justice would be best served by transferring this case from the Jonesboro Division to the Northern Division of the United States District Court for the Eastern District of Arkansas. Venue would be proper in the Northern Division, as Defendants are located there and the events complained of allegedly occurred there. See 28 U.S.C. § 1406(a).[1]

IT IS SO ORDERED this 12th day of December, 2017.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Id.