# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**RAY PORCHAY**
**ADC #652025**                                        **PLAINTIFF**

v.                          **No. 1:17-cv-123-DPM**

**JEREMY ALLMAN, Sergeant, North**
**Central Unit; and CRAIG FOREMAN,**
**Sergeant, Correctional Officer, ADC**        **DEFENDANTS**

## ORDER

Porchay hasn't responded to the recommendation; his mail is being returned undelivered. № 24. Unopposed recommendation, № 23, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, № 9, granted. Porchay's complaint will be dismissed without prejudice for failure to exhaust. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

D.P. Marshall Jr.
United States District Judge

13 March 2018