# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

RAY PORCHAY
ADC #652025                                                    PLAINTIFF

v.                          No. 1:17-cv-123-DPM

JEREMY ALLMAN, Sergeant, North
Central Unit; and CRAIG FOREMAN,
Sergeant, Correctional Officer, ADC                            DEFENDANTS

## JUDGMENT

Porchay's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

13 March 2018